United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARDS & RICHTER LLP; dba | § | |
| VIRGINIA'S ON THE BAY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-118 |
| | § | |
| GENE BROWN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of the Parties' Stipulation of Final Dismissal with Prejudice, Dkt. No. 41. In it, the Parties cite to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* The filing is signed by Plaintiff and Defendants. *Id.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a joint stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010). Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 6th day of March, 2020.

Hilda Tagle
Senior United States District Judge